FILED

08/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0720

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0720

_____

STEPHEN D. BEHLMER,

      Petitioner and Appellant,

   v.

CRUM REAL PROPERTIES, LLC, TONYA
MCCORMACK, BRAD W. AND JANEEN A.
ECKERT, SEAN F. & JENET A. MELTON,
KEVIN M. & LORI A. HEIT, WANDA D.
MCCALLUM & KENT B. & WHITING,
DENNIS L. & DEBORAH GRISAMORE, BRIAN               O R D E R
ROBERT MEYERS & DEBRA JOYCE
MEYERS, TRUSTEES OF THE BRIAN &
DEBRA MEYERS TRUST, CHRISTOPHER J. &
TONI M. RIES, MICHAEL R. & TANNIA M.
STEBBINS, BRIAN KYLE HOLLING a/k/a
BRIAN K. HOLLING, TAMARA G. & MARGIE
O. JONES, BRETT KYLE HOLLING, WILLIAM
J. GILES & ARLENE F. THURSTON, and JOHN
AND JANE DOES 1-20,

      Respondents and Appellees.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 14 2024